**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00100-CV**
_____

**AMBER RENEE FENNEL, Appellant**

**V.**

**TOM ALAN FENNEL, Appellee**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-04-05951-CV**
_____

**MEMORANDUM OPINION**

Amber Renee Fennel, appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 16, 2022
Opinion Delivered November 17, 2022
Before Golemon, C.J., Horton and Johnson, JJ.

1